UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| SYMETRA LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>VAL WYN MASSEY, VERGIL MASSEY; AARON MASSEY; and JEREMY HOUSTON,<br><br>Defendants. | Case No. 2:22-cv-01295-TL<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME |

Plaintiff Symetra Life Insurance Company ("Plaintiff"), and Defendants Vergil Massey and Aaron Massey ("Defendants") have filed their Stipulated Motion for Extension of Time for an additional twenty-one (21) days, up through and including November 7, 2022, for these Defendants to answer, present defenses, or otherwise respond to Plaintiffs' Complaint for Interpleader Relief ("Complaint").

IT IS HEREBY ORDERED that Vergil Massey and Aaron Massey shall file their responsive pleadings no later than November 7, 2022.

DATED: October 19, 2022

_____
Tana Lin
United States District Judge

[PROPOSED] ORDER GRANTING
STIPULATED MOTION FOR EXTENSION
OF TIME - 1
Case No. 2:22-cv-01295-TL

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058

Presented By:

OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.

By: */s/ Russell S. Buhite*
    Russell S. Buhite, WSBA #41257
    1201 Third Avenue, Suite 5150
    Seattle, WA  98101
    Telephone:   (206) 693-7052
    Facsimile:    (206) 693-7058
    Email:  russell.buhite@ogletree.com

*Attorneys for Plaintiff Symetra Life Insurance Company*


Approved as to Form; Presentation Waived:

VERGIL MASSEY

(Original Signature Filed With Court)
10 Laurette Lane
Hopland, CA  95449

*Defendant (Not Yet Appeared)*


AARON MASSEY

(Original Signature Filed With Court)
830 Helen Avenue
Ukiah, CA  95482

*Defendant (Not Yet Appeared)*

[PROPOSED] ORDER GRANTING
STIPULATED MOTION FOR EXTENSION
OF TIME - 2
Case No. 2:22-cv-01295-TL

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058