Honorable Judge Tana Lin

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| SYMETRA LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>VAL WYN MASSEY, VERGIL MASSEY; AARON MASSEY; and JEREMY HOUSTON,<br><br>Defendants. | Case No. 2:22-cv-01295-TL<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME, *NUNC PRO TUNC*, TO FILE JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE |

The Court has considered Plaintiff Symetra Life Insurance Company's Motion for Extension of Time, *Nunc Pro Tunc*, to File Joint Stipulation for Dismissal With Prejudice, and the Court being fully informed;

IT IS HEREBY ORDERED:

1. That Plaintiff's Motion for Extension of Time, *Nunc Pro Tunc*, to File Joint Stipulation for Dismissal With Prejudice is hereby GRANTED; and

2. Plaintiff will have an additional thirty (30) day extension of time, up to and including April 10, 2023, to file the dismissal with prejudice of this interpleader action pursuant to the parties' settlement.

March 10, 2023

_(signature)_

Tana Lin
United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME, *NUNC PRO TUNC*, TO FILE JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE - 1
Case No. 2:22-cv-01295-TL

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058