# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| SYMETRA LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>VAL WYN MASSEY; VERGIL MASSEY; AARON MASSEY; and JEREMY HOUSTON,<br><br>　　　　Defendants. | Case No. 2:22-cv-01295-TL<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

The Court has considered Plaintiff Symetra Life Insurance Company and Defendants Val Wyn Massey, Vergil Massey, Aaron Massey, and Jeremy Houston's Joint Stipulated Motion for Dismissal With Prejudice, and the Court being fully informed;

IT IS HEREBY ORDERED that the parties' Joint Stipulated Motion for Dismissal With Prejudice is hereby GRANTED, and the above-captioned matter is dismissed with prejudice, with each party to bear their own costs and fees.

DATED: April 10, 2023.

　　　　　　　　　　　　　　　　　　　　　　　Tana Lin
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge